**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02048-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JEFFERSON WADE OWINGS,

      Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

      Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant, a state prisoner in Colorado, has submitted to the court a document

titled "Affidavit of Memorandum of Record as to Incomplete Court Record Designation

on Appeal and Notice With Request in the U.S. District Court" (ECF No. 1).  Although it

is not clear what type of action Applicant intends to pursue or what claims he intends to

assert, the instant civil action has been commenced.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  If Applicant does not intend to pursue a civil action in this

court at this time, he should advise the court of that fact and the instant action will be

dismissed.  Any papers that Applicant files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  xx  is not submitted
(2)  __  is missing affidavit
(3)  xx  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form)
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx  other: <u>motion and supporting documents are necessary only if applicant filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11) xx  is not submitted
(12) __  is not on proper form
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the proper, court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED September 17, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge